379 A.2d 612

Commonwealth v. Taylor, Appellant.

Submitted December 6, 1976. William A. Fitzpatrick, and Cohen & Fitzpatrick, for appellant; Stephen S. Seeling, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent because the record reveals that the lower court did not comply with Pa.R. Crim.P. 1123(c). *Commonwealth v. Brown,* 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977).